```
In re:                                                          Case No. 17-52896-MEH
Jamie Macias-Nguyen                                             Chapter 7
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0971-5        User: dfagan        Page 1 of 2        Date Rcvd: Dec 01, 2017
                            Form ID: 309A        Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
```
db          +Jamie Macias-Nguyen,   1663 River Birch Ct.,   San Jose, CA 95131-3150
aty         +Elliot Gale,   Sagaria Law P.C.,   3017 Douglas Blvd. #200,   Roseville, CA 95661-3837
smg        ++CALIFORNIA STATE BOARD OF EQUALIZATION,   ACCOUNT REFERENCE GROUP MIC 29,   P O BOX 942879,
              SACRAMENTO CA 94279-0029
              (address filed with court:  State Board of Equalization,
              Attn: Special Procedures Section, MIC:55,   P.O. Box 942879,   Sacramento, CA  94279)
14677705    +Atty Gen, US Dept of Justice,   Civil Trial Sec., Western Reg.,
              PO Box 683, Ben Franklin Stat.,   Washington, DC 20044-0683
14677708    +Cefcu,   Attn: Bankruptcy,   Po Box 1715,   Peoria, IL 61656-1715
14677709     Ces/wells,   C/o Acs,   Utica, NY 13501
14677711    +Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,   Po Box 790040,
              Saint Louis, MO 63179-0040
14677712    +Clark Bie,   1663 River Birch Ct.,   San Jose, CA 95131-3150
14677720    +Jason Barnes,   2706 Benton St.,   Santa Clara, CA 95051-4810
14677723     Midland Credit Mangement,   PO Box 13105,   Warren, CA 94031
14677724    +Midland Funding LLC,   PO Box 2001,   Warren, MI 48090-2001
14677729    +US Attorney, Chief Tax Division,   For the CA Franchise Tax Board,   450 Golden Gate, Ave,
              10th Floor, Box 36055,   San Francisco, CA 94102-3661
14677731    +Zwicker & Associates, P.C.,   80 Minutema Rd.,   Andover, MA 01810-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: SagariaBK@sagarialaw.com Dec 02 2017 02:01:29     Scott J. Sagaria,
              Law Offices of Scott J. Sagaria,   3017 Douglas Blvd. #200,   Roseville, CA  95661
tr           EDI: QMPOONJA.COM Dec 02 2017 01:58:00     Mohamed Poonja,   P.O. Box 1510,
              Los Altos, CA  94023-1510
smg          EDI: EDD.COM Dec 02 2017 01:58:00     CA Employment Development Dept.,
              Bankruptcy Group MIC 92E,   P.O. Box 826880,   Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Dec 02 2017 01:58:00     CA Franchise Tax Board,   Attn: Special Procedures,
              P.O. Box 2952,   Sacramento, CA  95812-2952
smg          EDI: IRS.COM Dec 02 2017 01:58:00     IRS,   P.O. Box 7346,   Philadelphia, PA  19101-7346
ust          E-mail/Text: ustpregion17.sj.ecf@usdoj.gov Dec 02 2017 02:01:49
              Office of the U.S. Trustee / SJ,   U.S. Federal Bldg.,   280 S 1st St. #268,
              San Jose, CA  95113-3004
cr          +EDI: RMSC.COM Dec 02 2017 01:58:00     Synchrony Bank,   c/o PRA Receivables Management, LLC,
              P.O. Box 41021,   Norfolk, VA 23541-1021
14677704    +EDI: AMEREXPR.COM Dec 02 2017 01:58:00     Amex,   Correspondence,   Po Box 981540,
              El Paso, TX 79998-1540
14677706    +EDI: HFC.COM Dec 02 2017 01:58:00     Best Buy,   PO Box 60148,
              City Of Industry, CA 91716-0148
14677707    +EDI: CAPITALONE.COM Dec 02 2017 01:58:00     Capital One,
              Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14677710    +EDI: CAUT.COM Dec 02 2017 01:58:00     Chase Auto Finance,   National Bankruptcy Dept,
              201 N Central Ave Ms Az1-1191,   Phoenix, AZ 85004-1071
14677713    +EDI: WFNNB.COM Dec 02 2017 01:58:00     Comenity Bank,   Attn: Bankruptcy,   Po Box 182125,
              Columbus, OH 43218-2125
14677714    +EDI: WFNNB.COM Dec 02 2017 01:58:00     Comenity Bank/Express,   Attn: Bankruptcy,
              Po Box 182125,   Columbus, OH 43218-2125
14677715    +EDI: WFNNB.COM Dec 02 2017 01:58:00     Comenity Bank/Victoria Secret,   Attn: Bankruptcy,
              Po Box 182125,   Columbus, OH 43218-2125
14677716    +EDI: DISCOVER.COM Dec 02 2017 01:58:00     Discover Financial,   Po Box 3025,
              New Albany, OH 43054-3025
14677717    +EDI: DISCOVERPL Dec 02 2017 01:58:00     Discover Personal Loan,   Attn: Bankruptcy,
              Po Box 30954,   Salt Lake City, UT 84130-0954
14677717    +E-mail/Text: dplbk@discover.com Dec 02 2017 02:02:04     Discover Personal Loan,
              Attn: Bankruptcy,   Po Box 30954,   Salt Lake City, UT 84130-0954
14677718     EDI: CALTAX.COM Dec 02 2017 01:58:00     Franchise Tax Board,   Bankruptcy Section, MS A-340,
              PO Box 2952,   Sacramento, CA 95812-2952
14677721    +EDI: CBSKOHLS.COM Dec 02 2017 01:58:00     Kohls/Capital One,   Kohls Credit,   Po Box 3043,
              Milwaukee, WI 53201-3043
14677722    +E-mail/Text: bankruptcyonlinefilings@logixbanking.com Dec 02 2017 02:01:54
              Lockheed Fed Cr Union,   Po Box 6759,   Burbank, CA 91510-6759
14677725    +EDI: RMSC.COM Dec 02 2017 01:58:00     Synchrony Bank,   Po Box 965060,
              Orlando, FL 32896-5060
14677726    +EDI: RMSC.COM Dec 02 2017 01:58:00     Synchrony Bank/Amazon,   Attn: Bankruptcy,
              Po Box 965060,   Orlando, FL 32896-5060
14677727    +EDI: RMSC.COM Dec 02 2017 01:58:00     Synchrony Bank/Banana Republic,   Attn: Bankruptcy,
              Po Box 965060,   Orlando, FL 32896-5060
14677728    +EDI: RMSC.COM Dec 02 2017 01:58:00     Synchrony Bank/Gap,   Attn: Bankruptcy,   Po Box 965060,
              Orlando, FL 32896-5060
14677730    +EDI: WFFC.COM Dec 02 2017 01:58:00     Wells Fargo Bank,   Po Box 10438,   Macf8235-02f,
              Des Moines, IA 50306-0438
                                                                              TOTAL: 25
```

                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14677719*      Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
          Elliot  Gale   on behalf of Debtor Jamie  Macias-Nguyen ecf@sagarialaw.com,
           ECFGotNotices@Gmail.com
          Mohamed  Poonja   mp@poonja.us,  mpoonja@ecf.epiqsystems.com
          Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
          Scott J. Sagaria   on behalf of Debtor Jamie  Macias-Nguyen SagariaBK@sagarialaw.com,
           ecf@sagarialaw.com
                                                                        TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jamie Macias–Nguyen** | Social Security number or ITIN   **xxx–xx–9367** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of California** | | Date case filed for chapter  **7   11/30/17** |
| Case number:   **17–52896 MEH 7** | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Jamie Macias–Nguyen | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 1663 River Birch Ct. San Jose, CA 95131 | | |
| 4. | **Debtor's attorney** Name and address | Scott J. Sagaria Law Offices of Scott J. Sagaria 3017 Douglas Blvd. #200 Roseville, CA 95661 | | Contact phone (408)279–2288 |
| 5. | **Bankruptcy trustee** Name and address | Mohamed Poonja P.O. Box 1510 Los Altos, CA 94023–1510 | | Contact phone 650–941–3400 Email: mp@poonja.us |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 280 South First Street Room 3035 San Jose, CA 95113 | | Hours open: 9:00 am to 4:30 pm, Monday – Friday  Contact phone: 408–278–7500  Date: 12/1/17 |

For more information, see page 2 >

| 7. | **Meeting of creditors** | **January 4, 2018 at 10:00 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **U.S. Federal Bldg., 280 S 1st St. #130, San Jose, CA 95113** |

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors. If a debtor fails to appear, your case may be dismissed without further notice.

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** **3/5/18** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** | |

- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or
- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).

**You must file a motion:**
- if you assert that the discharge should be denied under § 727(a)(8) or (9).

| | **Deadline to object to exemptions:** | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
|---|---|---|
| | The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

Case: 17-52896   Doc# 7   Filed: 12/03/17   Entered: 12/03/17 21:30:56   Page 4 of 4